NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen M. Doniger, Esq.
Frank Gregory Casella, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC.<br><br>Plaintiff(s),<br>v.<br><br>TED BAKER LIMITED, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STAR FABRICS, INC. | Plaintiff |
| TED BAKER LIMITED | Defendant |
| MACY'S, INC. | Defendant |

January 24, 2020                         /s/ Stephen M Doniger
Date                                               Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**